UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MATTHEW BLAIR,

    Plaintiff,

vs.       Case No. 3:14-cv-671-J-39MCR

H & R RESORTS, LLC,

    Defendant.
_____

### ORDER AND STIPULATED FINAL JUDGMENT

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 17; Report), entered on September 22, 2014, recommending that the parties' Second Joint Motion to Approve (Doc. 16; Motion) be granted, the Confidential Settlement Agreement and General Release (Doc. 16-1; Settlement Agreement) be approved, and that this case be dismissed with prejudice. See Report at 7. No objections to the Report have been filed, and the time to do so has passed.[1] Accordingly, the matter is ripe for review.

The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

---

[1] Rule 6.02(a), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)) directs that any objections to a report and recommendation should be filed within fourteen days after service of the report and recommendation.

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime. See (Doc. 2; Complaint). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. See Motion. Upon review of the entire record, including the Report, Motion, and Settlement Agreement, the undersigned concludes that the settlement represents a "fair and reasonable" resolution of Plaintiff's FLSA claim. Accordingly, the Court will accept and adopt Judge Richardson's Report.

In light of the forgoing, it is hereby

**ORDERED**:

1. Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 17) is **ADOPTED** as the opinion of the Court.

2. The parties' Second Joint Motion to Approve (Doc. 16) is **GRANTED**.

3. For purposes of satisfying the requirements of the Fair Labor Standards Act, the Confidential Settlement Agreement and General Release (Doc. 16-1) is **APPROVED** as a fair and reasonable resolution of a bona fide dispute.

4. This case is **DISMISSED WITH PREJUDICE**.

5.      The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of November, 2014.

_____
BRIAN J. DAVIS
United States District Judge

jl

Copies furnished to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record